**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
**GARDEN CITY BOXING CLUB, INC.**                    **Civil Action No. 07-CV-08075**

      **Plaintiff,**

      **.v.**                                                         **RULE 7.1 STATEMENT**

**THE SPOT BARBER SHOP,**
**and MICHAEL A. FEBLES**

      **Defendants,**
--------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Garden City Boxing Club, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date: September 14, 2007**                      **/s/ Paul J. Hooten**_____
                                                                      **Signature of Attorney**

                                                                      **Attorney Bar Code: PJH9510**

Form Rule7_1.pdf