FORM C9B
1PJH896897 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

------------------------------------------

**GARDEN CITY BOXING CLUB, INC,**

    PLAINTIFF
– vs. –

**THE SPOT BARBER SHOP ET ANO,**

    DEFENDANT

------------------------------------------

Index No: **07 CIV 8075**
Date Filed: **09/14/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/10/2007** at **12:16PM** at **2369 GRAND CONCOURSE , BRONX, NY 10468**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **THE SPOT BARBER SHOP** the **DEFENDANT** therein named by delivering to, and leaving personally with **CARLOS TORRES, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**    COLOR: **BROWN**    HAIR: **BROWN**
APP. AGE: **30**    APP. HT: **6'2**    APP. WT: **220**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **10/12/2007**.

_____
HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

_____
LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

