UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

           Plaintiff

Index No. 07-CV-8075

**CERTIFICATE OF SERVICE**

-against-

THE SPOT BARBER SHOP
and MICHAEL A. FEBLES
              Defendant,
-------------------------------------------------------X

I certify that a copy of the Initial Scheduling Conference Notice and Order was sent via

U.S. Postal Service, postage prepaid, first class mail, addressed to the following on

October 29, 2007:

The Spot Barber Shop
2369 Grand Concourse
Bronx, NY 10468

Michael A. Febles
2369 Grand Concourse
Bronx, NY 10468

                                                     By:    /s/ Lucille Eichler
                                                                  Lucille Eichler.
                                                                   Paul J. Hooten & Associates
                                                                   Attorney for Petitioner
                                                                   5505 Nesconset Highway
                                                                   Suite 203