UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB , INC.

                Plaintiff        07 CV 08075

 -AGAINST-

THE SPOT BARBER SHOP               **AFFIDAVIT FOR**
and MICHAEL A. FEBLES             **JUDGMENT BY DEFAULT**
                Defendant
-----------------------------------------------------X
STATE OF NEW YORK   )
                           )   ss:
COUNTY OF NEW YORK  )

      Paul J. Hooten, being duly sworn, deposes and says:

I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

1. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiffs application for the entry of a default judgment against defendant.

2. This is an action to recover the unauthorized exhibition of the telecast of the September 18, 2004, boxing match between Oscar De La Hoya and Bernard Hopkinsr by the defendant. See attached summons and complaint attached hereto as Exhibit "A".

3. This Action was commenced on September 14, 2007 by the filing of the Summons and complaint. A copy of the summons and complaint was served on the defendant, The Spot Barber Shop, on October 10, 2007 by service on Carlos Torres, Managing Agent, and on defendant, Michael A. Febles on October 10, 2007. See

attached proof of service attached hereto as Exhibit "B". The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

    4. This action seeks judgment for the liquidated amount of $20,000.00, plus interest at 9% from September 18, 2004, amounting to $6,300.00, plus costs and disbursements of this action in the amount of $470.00 and attorney fees in the sum of $700.00 amounting in all to $27,470.00.

    WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York

    March 7, 2008

/s/ Paul J. Hooten
Paul J. Hooten

Sworn to before me this 7th
Day of March, 2008

/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                    Plaintiff          07 CV 08075

  -AGAINST-

THE SPOT BARBER SHOP
and MICHAEL A. FEBLES             **STATEMENT OF DAMAGES**
                    Defendant
---------------------------------------------------X


Principal amount sued for  …………………………………        $20,000.00

Interest at 9% from September 18. 2004 through March, 2008 ……$ 6,300.00

Costs and Disbursements:

Clerk's fee ……………………………………………………        $   350.00
Process Server fee for service ………………………………….        $   120.00
Attorney fees ……………………………………………………        $   700.00


Total as of March 7, 2008 …………………………………….        $27,470.00



EXHIBITS:

       Exhibit A. Summons and Complaint

       Exhibit B. Proof of Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                      Plaintiff          07 CV 08075

-AGAINST-

THE SPOT BARBER SHOP
and MICHAEL A FEBLES         **CERTIFICATE OF SERVICE**
                     Defendant
-----------------------------------------------------X

I hereby certify that on this 7th day of March, 2008, a copy of the foregoing Default Judgment, Affidavit For Judgment By Default and Statement Of Damages was sent by U.S. Mail to The Spot Barber Shop at 2369 Grand Concourse, Bronx, NY 10468, and Michael A. Febles at 2369 Grand Concourse, Bronx, NY 10468.


Dated: March 7, 2008

                                          By:   /s/ Paul J. Hooten
                                               Paul J. Hooten, Esq.
                                               5505 Nesconset Hwy., Suite 203
                                               Mt. Sinai, NY 11766
                                               (631)331-0547