RECEIVED MAR 1 ~ 2008 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                Plaintiff        07 CV 08075

-AGAINST-

THE SPOT BARBER SHOP
and MICHAEL A. FEBLES        **DEFAULT JUDGMENT**

               Defendant
----------------------------------------------------X

      This action having been commenced on September 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants, The Spot Barber Shop and Michael A. Febles on August 10, 2007, and a proof of service having been filed on October 18, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on December 27, 2007, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $20,000.00 with interest at 9% from September 18, 2004, amounting to $6,300.00; plus costs and disbursements of this action in the amount of $470.00, and attorney fees in the sum of $700.00 amounting in all to $27,470.00.

Dated: New York, New York

                                        Richard J. Holwell
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08